No. **CR 07 00503 RMW RS**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

FILED
2007 AUG -2 A 8: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

---

### THE UNITED STATES OF AMERICA
*vs.*
### ARQUIMEDES MENDOZA-SORIANO

---

## INDICTMENT

**COUNT ONE**: Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this __1__ day of __Aug 2007__

A.D. 200__7__

_____
United States Magistrate Judge

Bail. $ __NO PROCESS REQUIRED__

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

FILED

2007 AUG -2  A 8: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 07 00503 RMW |
| --- | --- |
| Plaintiff, | ) No. |
| v. | ) INDICTMENT |
| ARQUIMEDES MENDOZA-SORIANO, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about April 6, 2007, the defendant

ARQUIMEDES MENDOZA-SORIANO,

an alien, previously having been arrested and deported from the United States on or about January 29, 2000, June 24, 2002, and August 11, 2005, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United

//
//

INDICTMENT

1  States, in violation of Title 8, United States Code, Section 1326.

2  DATED: 8/1/07                           A TRUE BILL.

                                           /s/ Ramonc L. Wiley
                                           FOREPERSON

6  SCOTT N. SCHOOLS
   United States Attorney

8  DAVID R. CALLAWAY
9  Deputy Chief, San Jose Office

11 (Approved as to form: _____
                          AUSA SCHENK

INDICTMENT