***E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** September 6, 2007     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00503-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- ARQUIMEDES MENDOZA-SORIANO
    APPEARANCES:                                                          (P) (C)

**PLTF:** AUSA: J. Schenk              **DEFT:** J. Rorty
    INTERPRETER:                              A. Klimkova

**COURT ACTION:** **DISPOSITION**

Hearing Held. The defendant openly plead guilty to Count 1 of the Indictment. No plea agreement was executed. The Court set a sentencing date for 11/13/07 @ 9:00 AM. The defendant shall remain in custody pending sentencing.

    */s/ Jackie Garcia*
    JACKIE GARCIA
    **Courtroom Deputy**