BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MENDOZA-SORIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARQUIMEDES MENDOZA-SORIANO, )<br>)<br>Defendant. )<br>_____ ) | No. CR 07-00503 RMW<br><br>**STIPULATION TO CONTINUE SENTENCING DATE; [PROPOSED] ORDER** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Tuesday, November 13, 2007, at 9:00 a.m., may be continued to Monday, January 07, 2008, at 9:00 a.m. The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need to review the case and PSR with Mr. Mendoza and prepare a sentencing memorandum. U.S. Probation Officer Brian Casai has been consulted as to the proposed continuance and has no objection.

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00503 RMW                             1

1 | Dated: November 5, 2007

2 | _____/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

3 | Dated: November 5, 2007

4 | _____/s/_____
JEFF SCHENK
5 | Assistant United States Attorney

6

7 | **ORDER**

8 | Good cause appearing and by stipulation of the parties, it is hereby ordered that the

9 | sentencing hearing in the above-captioned matter shall be continued from November 13, 2007 to

10 | January 7, 2007 at 9:00 a.m.

11

12 | Dated: November \_\_\_, 2007

13 | _____
RONALD M. WHYTE
14 | United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26