1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MENDOZA-SORIANO          E-FILED 11/8/07

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00503 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING DATE; [PROPOSED] ORDER** |
| v. | ) | |
| ARQUIMEDES MENDOZA-SORIANO, | ) | |
| Defendant. | ) | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Tuesday, November 13, 2007, at 9:00 a.m., may be continued to Monday, January 07, 2008, at 9:00 a.m.  The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need to review the case and PSR with Mr. Mendoza and prepare a sentencing memorandum.  U.S. Probation Officer Brian Casai has been consulted as to the proposed continuance and has no objection.

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00503 RMW                    1

1  Dated: November 5, 2007

2  _____/s/_____
   CYNTHIA C. LIE
   Assistant Federal Public Defender

3  Dated: November 5, 2007

4  _____/s/_____
   JEFF SCHENK
5  Assistant United States Attorney

6

7  **ORDER**

8  Good cause appearing and by stipulation of the parties, it is hereby ordered that the

9  sentencing hearing in the above-captioned matter shall be continued from November 13, 2007 to

10 January 7, ~~2007~~ at 9:00 a.m.
        2008

11

12

13 Dated: November __8th__, 2007      /s/ Ronald M. Whyte
   _____
   RONALD M. WHYTE
14 United States District Judge