BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MENDOZA-SORIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00503 RMW |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| v. ) | **SENTENCING DATE; [PROPOSED]** |
| ) | **ORDER** |
| ARQUIMEDES MENDOZA-SORIANO, ) | |
| Defendant. ) | |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, January 7, 2008, at 9:00 a.m., may be continued to Monday, January 28, 2008, at 9:00 a.m.  The continuance is being requested to permit the defense to complete its investigation regarding potential factors in mitigation.  U.S. Probation Officer Brian Casai has been consulted as to the proposed continuance and has no objection.

Dated: December 20, 2007

_____/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00503 RMW                         1

1

Dated: December 20, 2007

2                                ___/s/_____
                                JEFFREY B. SCHENK

3                                 Assistant United States Attorney

4

5                                 **ORDER**

6     GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing in the

7 above-captioned matter shall be continued from January 7, 2008 to January 28, 2008 at 9:00 a.m.

8

9

Dated: December ___, 2007

10                                 _____
                                RONALD M. WHYTE

11                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26