1    BARRY J. PORTMAN
     Federal Public Defender
2    CYNTHIA C. LIE
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant MENDOZA-SORIANO

6
                                                    *E-FILED - 1/18/08*
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11
     UNITED STATES OF AMERICA,          )    No. CR 07-00503 RMW
12                                       )
                    Plaintiff,           )    **STIPULATION TO CONTINUE**
13   v.                                  )    **SENTENCING DATE; []**
                                         )    **ORDER**
14   ARQUIMEDES MENDOZA-SORIANO,         )
                                         )
15                  Defendant.           )
     _____)
16
                              **STIPULATION**
17
            Defendant and the government, through their respective counsel, hereby stipulate that,
18
     subject to the court's approval, the sentencing hearing in the above-captioned matter, presently
19
     scheduled for Monday, January 7, 2008, at 9:00 a.m., may be continued to Monday, January 28,
20
     2008, at 9:00 a.m.  The continuance is being requested to permit the defense to complete its
21
     investigation regarding potential factors in mitigation.  U.S. Probation Officer Brian Casai has
22
     been consulted as to the proposed continuance and has no objection.
23

24
     Dated: December 20, 2007
25
                                         _____/s/_____
                                         CYNTHIA C. LIE
26                                        Assistant Federal Public Defender

STIPULATION TO CONTINUE HEARING;
[] ORDER
No. CR 07-00503 RMW                      1

1

2   Dated: December 20, 2007

        ___/s/_____
3                                JEFFREY B. SCHENK
                                 Assistant United States Attorney

4

5                                   **ORDER**

6       GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing in the

7   above-captioned matter shall be continued from January 7, 2008 to January 28, 2008 at 9:00 a.m.

8

9
    Dated: January 18, 2008            *Ronald M. Whyte*
10                                _____
                                 RONALD M. WHYTE
11                               United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 07-00503 RMW                          2