# County of Santa Clara

Department of Correction



180 West Hedding Street
San Jose, California 95110-1772
(408) 808-3640  FAX 288-8271

---

Edward C. Flores
Chief of Correction

November 26, 2007

Mr. Arquimedes Mendozasoriano #07044098
885 North San Pedro Street
San Jose, CA  95110

Subject:  Letter of Appreciation

Dear Mr. Mendozasoriano:

On behalf of the Main Jail Division, I would like to thank you for your efforts on October 21, 2007. At approximately 0430 hours, you and two other Inmate Workers were serving breakfast with Officer Lum in Main Jail North 6B when you stopped an attempted suicide in progress.

The victim had been waiting inside of his cell with a makeshift roped concealed beneath his shirt. Once his door was opened, he walked to the top tier rail and climbed over it. Responding quickly, all four of you were able to grab him and pull him back to safety.

Your willingness to act during this tense situation helped prevent a very serious event from occurring in our facility. Your actions were highly commendable and very much appreciated.

Sincerely,

Captain D. Sepulveda
Main Jail Complex Division Commander


c:          Classification Unit

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive: Peter Kutras, Jr.

6-044