1   BARRY J. PORTMAN
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant MENDOZA-SORIANO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )    No. CR-07-00503 RMW
11                                      )
                      Plaintiff,        )    SUPPLEMENTAL EXHIBITS IN SUPPORT
12                                      )    OF DEFENDANT'S SENTENCING
    vs.                                 )    MEMORANDUM
13                                      )
    ARQUIMEDES MENDOZA-SORIANO,         )
14                                      )
                      Defendant.        )
15  _____ )

16

17

18

19

20

21

22

23

24

25

26

Supplemental Exhibits in Support of Defendant's
Sentencing Memorandum
CR 07-00503 RMW                              1