```
J2411H1       SUPERIOR COURT OF CALIFORNIA-COUNTY OF SAN JOAQUIN      02/06/01
SAN JOAQUIN CJIS                STOCKTON BRANCH                       15:16
ORGANIZATION: SC


  CASE NO. LF005144 A      DATE: 02/05/01      TIME: 10:00 AM      DEPT.: 25

  PEOPLE VS. MENDOZA, ARQUIMEDES                           (DOB: 12/27/78)

  JUDGE:    JAMES E HAMMERSTONE JR. JUDG CLERK:   L MORENO
  REPORTER: T PLACE                    BAILIFF:  K SALES

  NATURE OF PROCEEDINGS:  READINESS CONFERENCE.
-------------------------------------------------------------------------------
  CHARGES: 1. PC 245(A)(2)
           2. PC 246.3 W/PC 17
-------------------------------------------------------------------------------
  DEFENDANT PRESENT.

  DEFENDANT PRESENT IN CUSTODY.

  DEFENDANT PRESENT WITH PUBLIC DEFENDER E SHAVER.

  DEPUTY DISTRICT ATTORNEY TOM MONTES PRESENT FOR THE
       PEOPLE.

  F MORENO PRESENT AS A SPANISH LANGUAGE INTERPRETER.

  READINESS CONFERENCE HELD

  COMPLAINT AMENDED AS TO COUNT 2 :  MISDEMEANOR PURSUANT
       TO PC17, VIOLATION OF PC 246.3, ON MOTION OF DEPUTY
       DISTRICT ATTORNEY T MONTES.

  DEFENDANT ADVISED OF CHARGE(S) AS AMENDED.

  FORMAL ARRAIGNMENT WAIVED.

  DEFENDANT ADVISED OF, UNDERSTOOD, AND KNOWINGLY AND
       VOLUNTARILY WAIVED ALL THE FOLLOWING RIGHTS: THE
       PRIVILEGE AGAINST SELF-INCRIMINATION, THE RIGHT TO A
       JURY TRIAL. AND THE RIGHT TO CONFRONT AND CROSS-EXAM
       WITNESSES AGAINST HIM. AFTER QUESTIONING THE DEFENDANT
       THE COURT DETERMINED THAT THE DEFENDANT UNDERSTOOD THE
       NATURE OF THE CHARGE, THE ELEMENTS OF THE OFFENSE, THE
       PLEAS AVAILABLE THERETO. THE POSSIBLE DEFENSES THERETO,
       THE POSSIBLE RANGE OF PENALTIES AND OTHER CONSEQUENCES
       OF DEFENDANT'S PLEA (INCLUDING THE EFFECT OF THE
       ADMISSION OF ANY PRIOR CONVICTION).

  TO TESTIFY ON HIS OWN BEHALF.



                              MINUTE ORDER  M6                    PAGE    1
```

```
CASE NO. LF005144 A        DATE: 02/05/01      TIME: 10:00 AM      DEPT.: 25
PEOPLE VS. MENDOZA, ARQUIMEDES                         (DOB: 12/27/78)
```

TO CONSEQUENCES OF CONVICTION PURSUANT TO SECTION
    1016.5PC (ALIEN).

DEFENDANT IS ADVISED OF PAROLE CONSEQUENCES.

DEFENDANT ADVISED THIS IS 1 STRIKE.

COURT ASKED IF ANY PROMISES OR RECOMMENDATION HAD BEEN
    MADE TO HIM/HER BY DISTRICT ATTORNEY OR HIS/HER COUNSEL
    OR BY ANYONE ELSE AS TO WHAT THE PUNISHMENT COULD OR
    MIGHT BE.

DEFENDANT ENTERED A PLEA OF GUILTY TO COUNT 1.

DEFENDANT ENTERED A PLEA OF GUILTY TO COUNT 2.

ALL ENHANCEMENTS ARE STRICKEN.

THE DEFENSE ATTORNEY CONCURRED WITH THE DEFENDANTS PLEA
    AND ADMISSION.

THE COURT FOUND THE PLEA KNOWLEDGEABLE, INTELLIGENT AND
    VOLUNTARY.

COURT ACCEPTED PLEA.

DEFENDANT WAIVES PROBATION REFERRAL.

PROBATION DEPARTMENT NOTIFIED TO PREPARE REPORT PURSUANT
    TO 1203C PC.

NO LEGAL CAUSE APPEARING WHY JUDGEMENT SHOULD NOT NOW BE
    PRONOUNCED.

DEFENDANT WAIVES TIME FOR SENTENCING.

FORMAL ARRAIGNMENT FOR JUDGMENT WAIVED.

COUNT 3 DISMISSED ON MOTION OF DEPUTY DISTRICT ATTORNEY
    T MONTES. REASON FOR DISMISSAL OR DISCHARGE: INTEREST OF
    JUSTICE IN VIEW OF PLEA TO 1,2.

COUNT 4 DISMISSED ON MOTION OF DEPUTY DISTRICT ATTORNEY
    T MONTES. REASON FOR DISMISSAL OR DISCHARGE: INTEREST OF
    JUSTICE IN VIEW OF PLEA TO 1,2.

COUNT 5 DISMISSED ON MOTION OF DEPUTY DISTRICT ATTORNEY
    T MONTES. REASON FOR DISMISSAL OR DISCHARGE: INTEREST OF
    JUSTICE IN VIEW OF PLEA TO 1,2.

```
CASE NO. LF005144 A        DATE: 02/05/01      TIME: 10:00 AM      DEPT.: 25
PEOPLE VS. MENDOZA, ARQUIMEDES                           (DOB: 12/27/78)
```

COUNT 6 DISMISSED ON MOTION OF DEPUTY DISTRICT ATTORNEY
    T MONTES. REASON FOR DISMISSAL OR DISCHARGE: INTEREST OF
    JUSTICE IN VIEW OF PLEA TO 1,2.

COUNT 7 DISMISSED ON MOTION OF DEPUTY DISTRICT ATTORNEY
    T MONTES. REASON FOR DISMISSAL OR DISCHARGE: INTEREST OF
    JUSTICE IN VIEW OF PLEA TO 1,2.

COUNT 8 DISMISSED ON MOTION OF DEPUTY DISTRICT ATTORNEY
    T MONTES. REASON FOR DISMISSAL OR DISCHARGE: INTEREST OF
    JUSTICE IN VIEW OF PLEA TO 1,2.

PROBATION IS DENIED.

AS TO COUNT 1 :  IMPOSED THE MIDDLE TERM OF 3 YEAR(S), 0
    MONTH(S), 0 DAY(S).

DEFENDANT TO SERVE TOTAL PRISON OF 3 YEARS, 0 MONTHS.

DEFENDANT TO PAY RESTITUTION FINE OF $200.00 PURSUANT TO
    PC 1202.4 COLLECTED BY CDC.

PLUS $20.00 ADMINISTRATIVE SURCHARGE FOR RESTITUTION
    FINE - RESTITUTION FUND COLLECTION FEE

PURSUANT TO PC 1202.45, THE COURT IMPOSES AN ADDITIONAL
    RESTITUTION FINE OF $200.00 SAID FINE TO BE SUSPENDED
    UNLESS PAROLE IS REVOKED.

CREDIT FOR TIME SERVED: LOCAL 127 PLUS 19 (GOOD
    TIME/WORK CREDIT) PLUS 0 CRC/CDC PLUS 0 (GOOD
    TIME/WORK/CREDIT) - TOTAL 146 DAYS.

CONDUCT CREDIT GIVEN PURSUANT TO 2933.1PC (15% RULE)

AS TO CT 2 A MISD. -IMPOSITION OF SENTENCE SUSPENDED FOR
    3 YEARS.

SHERIFF TO DELIVER DEFENDANT INTO CUSTODY OF THE
    DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS,
    RECEPTION GUIDANCE CENTER AT DVI.

ALL SENTENCE ELEMENTS FOR THIS PROCEEDING ENTERED.

INFORMATION SENT TO THE JAIL.

PROBATION DEPARTMENT NOTIFIED.

ENTERED IN CJIS BY J. CARRENO ON 02/06/2001.

```
CASE NO. LF005144 A        DATE: 02/05/01      TIME: 10:00 AM      DEPT.: 25
PEOPLE VS. MENDOZA, ARQUIMEDES                                (DOB: 12/27/78)


CASE IS ADJUDICATED.

VACATE JURY TRIAL ASSIGNMENT (JTA) THAT WAS SET ON
     02/20/2001 AT 8:15 A.M..
```
---

```
CUSTODY STATUS:
DEFENDANT IS REMANDED TO THE CUSTODY OF THE DEPT. OF
     CORRECTIONS.
```

# CLERK MINUTES

### SUPERIOR COURT OF CALIFORNIA • COUNTY OF SAN JOAQUIN

PEOPLE VS. ARQUIMEDES MENDOZA
DOB: 12/27/78

CHARGES:
1. PC245(A)(2) F; 2-3. PC246.3 F;
4-5. PC422 F; 6. PC242;

CASE: LF005144A    DA: 0372841    AGCY: SO

PROC: AWR FAR    DEPT: L2
DATE: 10/03/00    TIME: 13:30
JDG/COMM: DAVID WARNER
CLERK: JTD DLN CV ACN (PMC)
REPT:

## APPEARANCE
- MITRF ☐ Matter transferred to Department ____
- AP PRA ☑ Defendant present    APDNP ☐ Defendant not present
- AP CUS ☑ in custody   NTC ☐ Defendant in custody, not transported to Court
- APP ☐ A. Appearance by ☐ R. Represented by
- H/G ☐ PD ☐ Atty. ____
- APCAP ☐ ____ Courtesy appearance for ____
- APWPA ☐ Waiver of personal appearance filed
- APD ☑ DA. Deputy DA ☐ LAW. Law Clerk ☐ AG. Attorney General
  *A. Edralin* ____ present
- INTPR *S. Hernandez* present as a *Spanish* interpreter.
- APOTH ☐

## NON-APPEARANCE
- CSORB ☐ O.R. Release revoked   PREVO ☐ Probation revoked
- BBBFO ☐ Bail forfeited. Bench warrant ordered. Bail $ ____
- BBBW ☐ Bench warrant ordered  ☐ P. Bail $ ____ ☐ N. No Bail allowed
- WW CSH ☐ Cash only NRL. ☐ No release per 853.6 TCNSG ☐ Delete ADAP
- SHWHD ☐ Bench warrant ordered, held to (cont.) Bail $ ____
- BB INC ☐ Bail increased to ☐ $ ____ NBA ☐ No Bail
- WWBWI ☐ Warrant issued on ____ ordered increased to ____
- MIWRM ☐ Existing warrant to remain with bail as previously set
- MIDSA ☐ DA to submit affidavit for issuance of arrest warrant
- WWAWO ☐ Arrest warrant ordered. Bail $ ____
- MIFII ☐ Defendant failed to appear for drug court intake interview on ____
- WWFSA ☐ Bench Warrant ordered-Defendant failed to appear at substance abuse program.

## ARRAIGNMENT / FURTHER ARRAIGNMENT
- MIDRP ☐ Dropped from calendar
- FDTEM ☐ Stipulation re Judge Pro Tempore filed
- MI PTC ☐ PTC held PTN ☐ PTC not held  REA ☐ Read. Conf. held
- FDLRD ☑ Advisal of rights signed, filed and made a part of the docket
- RACAS ☐ Rights given En Masse via audio cassette by Judge ____
- ARC ☑ Copy of ☑ D. Complaint ☐ A. Information ☐ I. Indictment provided to ☑ B. Def. ☐ A. Counsel for Defendant
- RA ARC ☑ Defendant duly arraigned ☑ and advised of rights as to:
- RA ____ FEL ☑ Felony  MAN ☐ Ind. MAL ☐ Misd. FUG ☐ Fug.
- ARWVD ☐ Formal arraignment waived.
- WRW ____ ☐ Reading of ☐ C. Complaint ☐ A. Information ☐ I. Indictment waived by ☐ B. Defendant ☐ A. Counsel for Defendant
- TNOKE ☑ Defendant answers to true name as charged.
- TNOTH ☐ Defendant answers to true name of ____
- TNMOT ☐ Upon motion of ____, complaint amended to show true defendant to be ____
- PACFT ☐ ____ declared a conflict
- PARLV ☐ ____ relieved
- PADTR ☐ Defendant to retain own counsel
- PAAR ☑ Appointed as Attorney of Record:  F; ☐ P.D. J. ☐ L.R.S.
  A. ☑ P.D. *R. Fass* ____ appearing
  C. ☐ L.R.S. ____ appearing
  D. ☐
- PAPDI ☑ Defendant to report to the Public Defender's Office for interview.
- MICAC ☐ Defendant ordered to pay COURT APPOINTED COUNSEL FEE of $ *25.* by next court date. (see reverse)
- MIAEJ ☐ Defendant advised of Deferred Entry of Judgment Program
- PSDAC ☐ DA stated defendant is eligible for D.E.J. Program
- PRR ☐ Report Ordered: ☐ PA. Pre. Sent. ☐ PB. Pre-Plea ☐ RF. D.E.J. Elig.
- TCAS ☐ ASI Report ordered, to be sent to the ☐ 1. Court ☐ 2. Prob. Dept.
- TCCCJ ☐ Defendant to be contacted at the County Jail
- TCRBZ ☐ Report to ____ within ____ days
- PRPRC ☐ Report to Probation on ____ at ____

## BAIL INFORMATION
- MO BR/OR ☐ Motion for bail reduction / O.R. release ☐ A. Granted ☐ B. Denied
- MIDAO ☐ DA objects to O.R. release
- CSOR ☐ O.R. release ☐ A. reinstated ☐ B. revoked
- CSFRC ☐ Defendant is released on own recognizance. See O.R. agreement
- MICRE ☑ While in custody and/or as condition of any O.R./Bail release, defendant to (as checked on O.R. agreement)
- MISGN ☐ Original minutes / O.R. Agreement given to Attorney to be signed and returned by next court appearance.
- CSRM ☐ Remain on ☐ X. Bail ☐ A. O.R. ☐ E. Jail O.R. ☐ G. Probation ☐ Defendant reminded of O.R. conditions.
- BEFPA ☐ Defendant to be booked, processed and released on ____
- CSFRA ☑ Defendant remanded  WWWOR ☐ Warrant ordered recalled
- BB SIC ☑ Bail set at $ *100,000* NBL ☐ No bail allowed
- BBR ☐ Bail to remain ☐ EM. Set at $ ____ ☐ NB. in No Bail Status
- CSDIC ☐ Defendant in custody on this case  MIESB ☐ 1275.1(a) ordered
- MISJC ☐ Defendant to be housed at San Joaquin County Jail.

JC-030 (7/98)

## NOT GUILTY PLEA / DENIAL
- PLED ____ ☐ Defendant enters plea of NOT GUILTY to ☐ A. All counts  ☐ B. Count ____
- PLDAC ☐ NOT GUILTY Plea entered by the Court as to all counts.
- PLCEA ☐ NOT GUILTY Plea entered by counsel as to all counts.
- CDGAB ☐ All enhancements as alleged are denied
- JTDEM ☐ Defendant demands Jury Trial. JTWVD ☐ Defendant waives Jury Trial.

## CONTINUANCE ☑ CONTINUED TO
- SH ☑ *10-5-00* at *8:30* am/pm in Dept *31* for *1368 eval*
- SH ☐ ____ at ____ am/pm in Dept ____ for ____
- SH ☐ ____ at ____ am/pm in Dept ____ for ____
- MIRAS ☐ ____ set for ____ remains as set
- WTNP ____ ☐ Time Not waived by  A. ☐ Defendant  B. ☐ Counsel  E. ☐ People
- WTIM ☐ Time waived by  A. ☐ Defendant  B. ☐ Counsel  Peo. ☐ People
- WTWVC ☐ Time waived 10/60 days          WRDWA ☐ Arbuckle rights waived
- AP ☑ Defendant ordered: DOP ☑ Present  NOP ☐ Not Present
  DCD ☐ Present or Attorney  DOF ☐ Present at all court dates
- MIINT ☐ ____ Interpreter required
- SHVAC ☐ Vacate ____ set on ____ at ____
- SHVAC ☐ Vacate ____ set on ____ at ____
- OTHER ☑ *Court ordered by req of PD*
- NOTIA ☐ Probation Department notified

## O.R. AGREEMENT
AS CONDITIONS FOR BEING RELEASED ON HIS/HER OWN RECOGNIZANCE OR BAIL DEFENDANT AGREES TO:
- TCOR1 ☑ Obey all laws and promises to obey all reasonable conditions of release imposed by the court or magistrate.
- TCOR2 ☑ Appear at all times and places as ordered by the Court of Magistrate releasing Defendant and as ordered by any Court in which, or any Magistrate before whom, the charge is subsequently pending.
- TCOR ☑ Understand that the willful failure to appear to answer the charge(s) hereon is a separate violation regardless of the disposition of this case, of which punishment may be:
  3 ☐ if MISDEMEANOR; six months in jail and/or $1,000 fine
  4 ☑ if FELONY; three years in State Prison or County Jail and/or $10,000 fine
- TCOR5 ☐ Not leave this state without the Court's permission.
- TCOR6 ☐ Waive extradition if fails to appear as required and is apprehended outside this state.
- TCOR7 ☑ Make and keep appointments with appointed counsel.
- TCSAF ☐ Stay away from ____
- TCOR8 ☐ Stay 100 yards away from, do not contact, nor have any contact ____
- TCOR9 ☐ inc. residence, place of employment, or visits
- TCNFV ☐ Do not annoy, harass, threaten or strike ____
- DVCPO ☐ Comply with all conditions of CPO filed herein.
- TCLAI ☐ Not operate a motor vehicle unless licensed by the State of CA and insured.
- TCNA ☐ Abstain from the use of ☐ L. Alcohol ☐ I. Drugs
- TCORK ☐ Not associate with drug dealers and drug users
- TCOR L/M ☐ Not possess ☐ weapons ☐ ____
- TCSMA ☐ Submit to drug, narcotic, or alcohol test as directed by Probation Officer or Peace Officer.
- TCS2F ☐ Submit person, vehicle, place of residence or area over which he has control to search for and seizure of ____ at any time of day or night, with or without search warrant, with or without probable cause as directed by any Probation Officer or Peace Officer.
- TCOR O/P ☐ Attend NA or AA  ☐ Daily ☐ ____ times a week and bring proof of attendance to next appearance.
- TCORQ ☐ Report to and participate in ADAP on ____ at 8:30 am and comply with all program policies and procedures.
- TCORR ☐ ____

I, ____, have interpreted this form to the above named defendant.

I have received a copy, read and understand the above conditions of agreement:

DEFENDANT'S SIGNATURE ____

STREET ADDRESS ____

CITY, STATE & ZIP  *jail PD*    TELEPHONE NO. ____

# HEARING MINUTES - P.C. 1368 / 1369

SUPERIOR COURT OF CALIFORNIA • COUNTY OF SAN JOAQUIN
222 E. WEBER AVE. • STOCKTON, CALIFORNIA 95202

```
PEOPLE VS. ARQUIMEDES MENDOZA                    | PROC: DOC AMA         DEPT: 31
                              DOB: 12/27/78      |
CHARGES:                                         | DATE: 10/19/00   TIME: 8:30
1. PC245(A)(2) F W/12022.5(A)<F2;                |
2-3. PC246.3 F W/12022.5(A)<F2; 4. PC422 F       | JDG/COMM: MICHAEL GARRIGAN
W/12022.5(A)<F2;5. PC422 F W/12022.5(A)<F2       |
W/969<F24;6. PC242; 7. PC451(D)<F1 F;            | CLERK:   TONI GONZALES
                                                 |
CASE: LF005144A    DA: 0372841    AGCY: SO       | REPT:    BRIAN GRABER
```

## APPEARANCE / HEARING

| Code | Item | Code | Item |
|---|---|---|---|
| HHMEA | ☐ Hearing on P.C. 1368 | APDAT | ☑ Deputy District Attorney: **Jeff Deymon** |
| HHMEN | ☐ Hearing on P.C. 1369 | APPUD | ☑ Deputy Public Defender: **Vicki Delph** |
| HH372 | ☐ Hearing on P.C. 1372 | APDEF | ☐ Attorney: |
| HHDOC | ☑ Hearing on Doctor Reports | APCUS | ☑ Defendant in custody |
| HHPLR | ☐ Placement Report | APDAA | ☑ Defendant present with Atty. |
| HHRVU | ☐ Review Hearing | APDNP | ☐ Defendant not present |
| HHFPR | ☐ Further Proceedings | APFTA | ☐ Defendant failed to appear |
| HHPEC | ☐ Petition to Extend Commitment | INTPR | ☐ _____ present as a _____ interpreter |
| HHVOP | ☐ Hearing re: OSC/VOP | | |
| HH026 | ☐ Further Proceedings re: PC1026 | | |
| HH___ | ☐ | | |

## APPOINTMENTS / REPORTS / FINDINGS

- MIDCO ☐ Due to conflicting opinions, the Court appoints a third doctor to evaluate the defendant pursuant to Penal Code section 1368
- MIEXA ☐ _____ appointed to examine defendant pursuant to P.C. 1368
- MI369 ☐ _____ appointed to examine defendant pursuant to P.C. 1369
- APADD ☐ _____ addressed the Court
- APMHL ☐ _____ San Joaquin County Mental Health Court Liaison, addressed the Court
- MICRD ☐ This matter was continued for receipt of doctor report(s)
- MIRPF ☑ Report of **Dr Kent Rogerson & Dr. John Chellsen** _____ is received and considered
- MISCR ☑ Respective counsel stipulated to submit the issue of the defendants competency based on the doctor reports
- MIDRR ☑ Based on the doctor reports, the court finds:
- MIM1A ☑ Defendant *is* presently competent to stand trial
- PSCP1 ☑ Criminal proceedings reinstated subsequent to P.C. 1368/1370
- MIM2A ☐ Defendant is not presently competent to stand trial
- TCMRA ☐ Matter referred to community program director for placement report and recommendation
- TCMRB ☐ Matter referred to V.M.R.C. for placement report and recommendation
- MILPS ☐ This matter is referred to _____ for possible LPS Conservatorship
- MIPHF ☐ _____ is to evaluate the defendant for housing at the Psychiatric Health Facility.
- MIEVR ☐ The court orders _____ to submit an evaluation report prior to the next hearing
- MISEC ☐ Defendant stipulated to an extension of commitment for one year.
- MIJTC ☐ Defendant requests a jury trial on the issue of competency pursuant to Penal Code section1368. Estimated time of trial: _____

## MOTIONS / MISCELLANEOUS

- CDD___ ☐ Case dismissed on motion of: ☐ A. District Attorney ☐ B. Interest of Justice ☐ D. In view of plea in case: _____ ☐ E. Reason: _____
- PRODE ☐ OSC discharged upon motion of District Attorney
- PROBF ☐ Probation reinstated   TCRIE ☐ All previous terms & conditions of probation to remain in effect
- CSORB ☐ O.R. release revoked
- WWSH3 ☐ Bench Warrant to be issued & ordered held until _____
- WWONB ☐ B.W. ordered; no bail   BBBWP ☐ B.W. ordered, Bail $ _____   BBFOB ☐ Bail bond # _____ forfeited
- WWRCL ☐ Warrant Recalled
- APDRG ☐ Defense Counsels request for a continuance to review the doctor reports was granted
- MOOR ☐ Motion for O.R. release was ☐ Granted ☐ Denied
- OTHER ☐ _____

## COMMITMENT / PLACEMENT

- MICOA ☐ Proposed conditions of outpatient as set forth in recommendation are granted
- MICMH ☐ Defendant is to continue in the San Joaquin Mental Health Conditional Release Program
- TCCMD ☐ Defendant committed to Department of Mental Health at _____ State Hospital, maximum term of commitment: _____
- MIDDD ☐ Court finds the defendant is developmentally disabled
- TCHOS ☐ Defendant committed to the Developmental Services at _____ State Hospital pursuant to P. C. 1370.1
- TCMAX ☐ Maximum term of commitment: _____
- TCCTA ☑ Defendant to receive credit for time served: **18** days
- CSHOP ☑ Sheriff shall redeliver the defendant to the court without further order upon receiving from the state hospital or treatment facility a copy of the certificate of restoration

## CONTINUANCE

| Code | Item | | | |
|---|---|---|---|---|
| SHVAC | ☐ Vacate hearing for _____ that was set on _____ at _____ | | | |
| SHMEA | ☐ Hearing on P.C. 1368 set _____ at 8:30 a.m., in Department # _____ | WTTNW | ☐ Time not waived | |
| SHMEN | ☐ Hearing on P.C. 1369 set _____ at 8:30 a.m., in Department # _____ | WTTWV | ☐ Time waived | |
| SHPLR | ☐ Placement report set _____ at 8:30 a.m., in Department # _____ | BBREM | ☐ Bail to remain set at $ _____ | |
| SHDOC | ☐ Doctor's report set _____ at 8:30 a.m., in Department # _____ | | | |
| SHRVU | ☐ Review hearing set _____ at 8:30 a.m., in Department # _____ | BBNBL | ☐ No Bail allowed | |
| SHFPR | ☐ Further proceedings set _____ at 8:30 a.m., in Department # _____ | | | |
| SHPEC | ☐ Petition to Extend Commitment set _____ at 8:30 a.m., in Department # _____ | | | |
| SHVOP | ☑ Hearing re: OSC/VOP set **10/23/00** at **8:30** ☑ a.m./p.m., in Department # **41** | | | |
| SHTRS | ☐ Trial setting is set _____ at _____ a.m./p.m., in Department # _____ | | | |
| SHPHS | ☐ Preliminary Hearing Setting set _____ at _____ a.m./p.m., in Department # _____ | | | |
| SHREA | ☐ Readiness Conference is set _____ at _____ a.m./p.m., in Department # _____ | | | |
| SHTJQ | ☐ P.C. 1368 Jury Trial Assignment set _____ at _____ a.m./p.m., in Department # _____ | | | |
| SH___ | ☐ _____ at _____ a.m./p.m., in Department # _____ | | | |

## CUSTODY STATUS

- CSFRC ☐ Defendant is released on O.R. See O.R. Agreement
- CSROR ☐ Defendant is ordered released on his own recognizance to: _____
- CSMHS ☐ The Court will allow the defendant to be released to County Mental Health Services for placement prior to the next hearing
- CSFRR ☐ Defendant is to be housed at San Joaquin County Mental Health Facility
- CSFRA ☐ Defendant is remanded
- CSDTD ☐ Sheriff to deliver defendant into custody of the Director of _____
- CSFRU ☐ Defendant is to remain on own recognizance
- CSRMX ☐ Defendant to remain on bail
- CSFRO ☐ Defendant is out of custody
- CSFRG ☐ Defendant is released from custody this action
- CSFRH ☐ Defendant is _____
- CSFRZ ☑ Defendant to remain in custody

---

- MICC2 ☐ CC: Jail   MICCP: ☐ CC. Probation Department   MICC5: ☐ CC. _____
- MICC5 ☐ CC: Robert Hart, M.D. ☐ Gary Cavanaugh, M.D. ☐ Kent Rogerson, M.D. ☐ John Chellsen, PhD ☐ Psychiatric Health Facility ☐ Kenji Morishige
- MICC5 ☐ CC: Atascadero State Hospital ☐ Napa State Hospital ☐ Patton State Hospital ☐ Metropolitan State Hospital ☐ Porterville Dev. Center ☐ VMRC

SMC 228 (5/98)

```
 1  JOHN D PHILLIPS
    District Attorney
 2  State Bar Membership No. 48474         FILED
    SAN JOAQUIN COUNTY                 SUPERIOR COURT - LODI
 3  By: JEFFERY A DERMAN
    Deputy District Attorney            00 SEP -1 PM 3:17
 4  225 W ELM ST STE C
    LODI, CA 95240                      JEANNE MILLSAPS, CLERK
 5
    Telephone: (209) 331-7500           BY _____ CN
 6                                               DEPUTY
    Attorneys for Plaintiff
 7
 8          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
 9
10                                        ) No SO00-18772
    The People of the State of California,) SO Case
11                                        ) DA Case: COM 0372841
                           Plaintiff,     )
12                                        )
                 v.                       ) COMPLAINT
13                                        )
    ARQUIMEDES MENDOZA                    )
14                                        )   LF5144A
                                          )
15                         Defendant(s).  )
    ----------------------------------------
16
17  I, the undersigned, say, on information and belief, that in
18  the County of SAN JOAQUIN, State of California:
19
20  PC  245(A)(2)         ASSAULT W/FIREARM ON PERSON
                          --------------------------------
21  COUNT: 001, On or about 08/26/00 the crime of ASSAULT WITH A
22  FIREARM, in violation of Section 245(a)(2) of the Penal Code, a
23  FELONY, was committed by ARQUIMEDES MENDOZA, who at the time and
24  place last aforesaid, did willfully and unlawfully commit an
25  assault on GUADALUPE MENDOZA, with a firearm.  It is further
26  alleged that the above offense is a serious FELONY within the
27  meaning of Penal Code Section 1192.7(C)(8).
28
```