1    BARRY J. PORTMAN
     Federal Public Defender
2    CYNTHIA C. LIE
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant MENDOZA-SORIANO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

     UNITED STATES OF AMERICA,              )    No. CR-07-00503 RMW
11                                          )
                    Plaintiff,              )    DEFENDANT'S NOTICE AND MOTION
12                                          )    TO CONTINUE SENTENCING HEARING
     vs.                                    )
13                                          )
     ARQUIMEDES MENDOZA-SORIANO,            )    Date:   January 28, 2008
14                                          )    Time:   9:00 a.m.
                    Defendant.              )    Court:  Hon. Ronald M. Whyte
15   _____)

16
     TO:    UNITED STATES OF AMERICA, PLAINTIFF; JOSEPH P. RUSSONIELLO, UNITED
17          STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA;
            JEFFREY B. SCHENK, ASSISTANT UNITED STATES ATTORNEY; AND BRIAN
18          CASAI, UNITED STATES PROBATION OFFICER

19          Defendant Arquimedes Mendoza-Soriano, by and through counsel, hereby gives notice

20   that on January 28, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard, the

21   defense will move to continue the sentencing hearing currently scheduled for that date for a

22   period of at least two weeks.

23          The defendant bases this motion on the attached Declaration of Counsel, the Defendant's

24   Sentencing Memorandum filed January 22, 2008, and on such other evidence as may be

25   produced at the hearing on this motion.

26

     Defendant's Motion to Continue Sentencing
     CR 07-00503 RMW                          1

1  Dated: January 25, 2008

2                                    Respectfully submitted,

3                                    BARRY J. PORTMAN
                                     Federal Public Defender
4

5
                                     CYNTHIA C. LIE
6                                    Assistant Federal Public Defender

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26