*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** January 28, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00503-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ARQUIMEDES MENDOZA-SORIANO
    APPEARANCES:                                           (P) (C)

**PLTF:** AUSA: J. Schenk          **DEFT:** C. Lie
    **INTERPRETER:**           L. Acre

**COURT ACTION:** DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Hearing Held.  The Court reviewed the motion and no opposition from the government.  The Court grants the motion for continuance.  The sentencing hearing is continued to 2/25/08 @ 9:00 am.

    /s/ Jackie Garcia
    **JACKIE GARCIA**
    **Courtroom Deputy**