BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MENDOZA-SORIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00503 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| ARQUIMEDES MENDOZA-SORIANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the sentencing hearing currently set for Monday, February 25, 2008 may be continued to Monday, April 7, 2008 at 9:00 a.m. The reason for the requested continuance is to permit the defendant to litigate a collateral challenge to a state court conviction relevant to this Court's sentencing decision. United States Probation Officer Brian Casai has been consulted as to the requested continuance and has no objection

Dated: February 20, 2008

_____/s/_____
JEFFREY SCHENK
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Sentencing Hearing
CR 07-00503 RMW                                    1

1

2  Dated: February 20, 2008

3                                       s/_____
                                        CYNTHIA C. LIE
4                                       Assistant Federal Public Defender

5

6                              **[PROPOSED] ORDER**

7      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

8  sentencing hearing currently scheduled for February 25, 2008 shall be continued to Monday,

9  April 7, 2008 at 9:00 a.m.

10

   Dated: February ___, 2008
11
                                        _____
                                        RONALD M. WHYTE
12                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Sentencing Hearing
CR 07-00503 RMW                                    2