1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MENDOZA-SORIANO

*E-FILED - 2/26/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00503 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| vs. | ) | ORDER CONTINUING HEARING |
| | ) | |
| ARQUIMEDES MENDOZA-SORIANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the sentencing hearing currently set for Monday, February 25, 2008 may be continued to Monday, April 7, 2008 at 9:00 a.m.  The reason for the requested continuance is to permit the defendant to litigate a collateral challenge to a state court conviction relevant to this Court's sentencing decision.  United States Probation Officer Brian Casai has been consulted as to the requested continuance and has no objection

Dated: February 20, 2008

_____/s/_____
JEFFREY SCHENK
Assistant United States Attorney

Stipulation and [] Order Continuing
Sentencing Hearing
CR 07-00503 RMW                                         1

1

2    Dated: February 20, 2008

3                                         s/_____
                                          CYNTHIA C. LIE
4                                         Assistant Federal Public Defender

5

6                                    **[] ORDER**

7        Good cause appearing and by stipulation of the parties, it is hereby ordered that the

8    sentencing hearing currently scheduled for February 25, 2008 shall be continued to Monday,

9    April 7, 2008 at 9:00 a.m.

10

11   Dated: February 26, 2008              *Ronald M. Whyte*
                                          _____
12                                        RONALD M. WHYTE
                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [] Order Continuing
Sentencing Hearing
CR 07-00503 RMW                                    2