BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MENDOZA-SORIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00503 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SENTENCING |
| vs. ) | HEARING |
| ) | |
| ARQUIMEDES MENDOZA-SORIANO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Arquimedes Mendoza-Soriano and the government, by and through counsel, hereby stipulate and agree that the sentencing hearing in the above-captioned matter may be continued from Monday, April 7, 2008 to Monday, June 2, 2008 at 9:00 a.m., while the San Joaquin Superior Court considers the merits of Mr. Mendoza's petition for writ of habeas corpus as to a conviction relevant to the calculation of his sentencing range in the instant case. United States Probation Officer Brian Casai has been consulted as to this request and has no objection.

Dated: April 3, 2008

/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

Defendant's Motion to Continue Sentencing
CR 07-00503 RMW                              1


Dated: April 2, 2008

/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Monday, April 7, 2008 to Monday, June 2, 2008 at 9:00 a.m.

Dated: April ___, 2008

_____
RONALD M. WHYTE
United States District Judge