1   BARRY J. PORTMAN
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant MENDOZA-SORIANO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )    No. CR-07-00503 RMW
11                                      )
                       Plaintiff,       )    DEFENDANT'S UNOPPOSED MOTION
12                                      )    TO CONTINUE SENTENCING HEARING
    vs.                                 )
13                                      )
    ARQUIMEDES MENDOZA-SORIANO,         )    Date:   Monday, June 2, 2008
14                                      )    Time:   9:00 a.m.
                       Defendant.       )    Court:  6 (4ᵗʰ floor)
15  _____)

16
        TO: UNITED STATES OF AMERICA, PLAINTIFF; JOSEPH P. RUSSONIELLO,
17  UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF
    CALIFORNIA;  JEFFREY B. SCHENK, ASSISTANT UNITED STATES ATTORNEY;
18  AND BRIAN CASAI, UNITED STATES PROBATION OFFICER

19        Defendant Arquimedes Mendoza-Soriano, by and through counsel, hereby gives notice

20  that on June 2, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard, the

21  defense will move to continue the June 2, 2008 sentencing hearing for a period of at least 28 days

22  to await the final determination by the Superior Court of California, County of San Joaquin, as to

23  the merits of Mr. Mendoza's pending habeas petition.

24  / / /

25  / / /

26  / / /

1       The defendant bases this motion on the attached Declaration of Counsel, the Defendant's

2   Sentencing Memorandum filed January 22, 2008, and on such other evidence as may be

3   produced at the hearing on this motion.

4
    Dated: May 30, 2008
5

6
                                    Respectfully submitted,
7
                                    BARRY J. PORTMAN
8                                   Federal Public Defender

9

10                                  CYNTHIA C. LIE
                                    Assistant Federal Public Defender
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26