1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MENDOZA-SORIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00503 RMW |
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING |
| vs. | |
| ARQUIMEDES MENDOZA-SORIANO, | |
| Defendant. | |

I, Cynthia C. Lie, hereby declare as follows:

1. I am the Assistant Federal Public Defender who has been assigned to represent defendant Arquimedes Mendoza-Soriano in the above-captioned matter subsequent to the completion of the Presentence Investigation and the departure from the Office of the Federal Public Defender of his prior counsel.

2. Mr. Mendoza-Soriano has a petition for writ of habeas corpus currently pending before the Superior Court of California, County of San Joaquin, Docket No. LF007201A.  The sentencing hearing in this matter has been continued twice due to the pendency of that petition, having previously been continued due to the substitution of defense counsel.  If the Superior Court were to grant habeas relief, Mr. Mendoza's sentencing range under the Guidelines in the

Declaration in Support of Defendant's Motion to
Continue Sentencing
CR 07-00503 RMW                                     1

1  instant case would be reduced from 70-87 months to 46-57 months.

2      3.    Following the last continuance in this case, the Honorable Terrence Van Oss of
3  the San Joaquin Superior Court on May 12, 2008 made a preliminary finding that the
4  performance of Mr. Mendoza's then-counsel had been deficient, in that counsel had affirmatively
5  misadvised Mr. Mendoza that the offense to which he would subsequently plead guilty was not a
6  serious felony or "strike" offense.  In light of Mr. Mendoza's assertion that he would not have
7  entered his guilty plea but for that affirmative misrepresentation, the Court further ordered the
8  District Attorney to file an informal written response by May 27, 2008 as to whether the
9  conviction should therefore be vacated due to ineffective assistance of counsel.

10      4.    On May 29, 2008, I received the response of the District Attorney, in which it
11  disputed the Court's finding of deficient performance by counsel and maintained that Mr.
12  Mendoza was not prejudiced by any error.  Mr. Mendoza expects to reply to the District
13  Attorney's response no later than Friday, June 9, 2008.

14      5.    On May 29, 2008, following receipt of the District Attorney's response, I e-mailed
15  government counsel and the Probation Office to ascertain whether either would oppose another
16  motion to continue the sentencing hearing to a mutually convenient date.  Government counsel
17  responded the evening of May 29, 2008 that it had no objection.

18      6.    On May 30, 2008, my legal assistant informed me that she had spoken to United
19  States Probation Officer Brian Casai regarding the instant motion and that he had no objection.

20      I declare under penalty of perjury that the foregoing is true and correct and of my personal
21  knowledge, except as to those matters stated on information and belief, and as to those matters, I
22  believe them to be true.

23      Executed this 30th day of May 2008 in Oakland, California.

24          s/_____
        CYNTHIA C. LIE
25          Assistant Federal Public Defender

26

Declaration in Support of Defendant's Motion to
Continue Sentencing
CR 07-00503 RMW        2