# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Judge Ronald M. Whyte, Presiding**
Courtroom 6 - 4th Floor

## Criminal Minute Order

Date: June 2, 2008								Time in Court: 1 minute

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Lee-Anne Shortridge

**TITLE: United States of America v. Arquimedes Mendoza-Soriano**
**CASE NUMBER**: CR07-00503RMW
Plaintiff Attorney present: Jeff Schenk
Defendant Attorney present: Cynthia Lie

**PROCEEDINGS: Defendant's Motion to Continue**

Defendant is present in custody and being assisted by the Spanish interpreter.

Matter is continued to July 7, 2008 at 9:00 a.m. for Judgment and Sentencing.