1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MENDOZA-SORIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARQUIMEDES MENDOZA-SORIANO, )<br>)<br>Defendant. )<br>_____) | No. CR-07-00503 RMW<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING<br>HEARING |

   Defendant Arquimedes Mendoza-Soriano and the government, by and through counsel, hereby stipulate and agree that the sentencing hearing in the above-captioned matter may be continued from Monday, July 7, 2008 to Monday, July 21, 2008 at 9:00 a.m., while the San Joaquin Superior Court considers the merits of Mr. Mendoza's petition for writ of habeas corpus as to a conviction relevant to the calculation of his sentencing range in the instant case.  United States Probation Officer Brian Casai has been consulted as to this request and has no objection.

Dated: June 30, 2008

                              s/_____
                              JEFFREY B. SCHENK
                              Assistant United States Attorney

1  Dated: June 30, 2008

2                                  s/_____
                                   CYNTHIA C. LIE
3                                  Assistant Federal Public Defender

4
                          **[PROPOSED] ORDER**
5
     Good cause appearing and by stipulation of the parties, it is hereby ordered that the
6
7  sentencing hearing in the above-captioned matter shall be continued from Monday, July 7, 2008

   to Monday, July 21, 2008 at 9:00 a.m.
8

9
   Dated: July ___, 2008
10
                                   _____
11                                 RONALD M. WHYTE
                                   United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defendant's Motion to Continue Sentencing
CR 07-00503 RMW                                    2