1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MENDOZA-SORIANO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )   No. CR-07-00503 RMW
11                                      )
              Plaintiff,                )   STIPULATION AND [PROPOSED]
12                                      )   ORDER TO CONTINUE SENTENCING
   vs.                                  )   HEARING
13                                      )
   ARQUIMEDES MENDOZA-SORIANO,          )
14                                      )
              Defendant.                )
15 _____)

16
       Defendant Arquimedes Mendoza-Soriano and the government, by and through counsel,
17
   hereby stipulate and agree that the sentencing hearing in the above-captioned matter may be
18
   continued from Monday, July 21, 2008 to Monday, August 18, 2008 at 9:00 a.m., while the San
19
   Joaquin Superior Court considers the merits of Mr. Mendoza's petition for writ of habeas corpus
20
   as to a conviction relevant to the calculation of his sentencing range in the instant case.  United
21
   States Probation Officer Brian Casai has been consulted as to this request and has no objection.
22

23
   Dated: July 16, 2008
24
                                         s/_____
25                                       JEFFREY B. SCHENK
                                         Assistant United States Attorney
26

   Defendant's Motion to Continue Sentencing
   CR 07-00503 RMW                              1

Dated: July 16, 2008

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Monday, July 21, 2008 to Monday, August 18, 2008 at 9:00 a.m.

Dated: July ___, 2008

_____
RONALD M. WHYTE
United States District Judge