1    BARRY J. PORTMAN
     Federal Public Defender
2    CYNTHIA C. LIE
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant MENDOZA-SORIANO          *E-FILED - 7/16/08*

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

     UNITED STATES OF AMERICA,          )     No. CR-07-00503 RMW
11                                       )
                    Plaintiff,           )     STIPULATION AND []
12                                       )     ORDER TO CONTINUE SENTENCING
     vs.                                 )     HEARING
13                                       )
     ARQUIMEDES MENDOZA-SORIANO,         )
14                                       )
                    Defendant.           )
15   _____)

16

17       Defendant Arquimedes Mendoza-Soriano and the government, by and through counsel,

18   hereby stipulate and agree that the sentencing hearing in the above-captioned matter may be

19   continued from Monday, July 7, 2008 to Monday, July 21, 2008 at 9:00 a.m., while the San

20   Joaquin Superior Court considers the merits of Mr. Mendoza's petition for writ of habeas corpus

21   as to a conviction relevant to the calculation of his sentencing range in the instant case.  United

22   States Probation Officer Brian Casai has been consulted as to this request and has no objection.

23

24   Dated: June 30, 2008

25
                                         s/_____
26                                       JEFFREY B. SCHENK
                                         Assistant United States Attorney

Defendant's Motion to Continue Sentencing
CR 07-00503 RMW                          1

1   Dated: June 30, 2008

2                                          s/_____
                                           CYNTHIA C. LIE
3                                          Assistant Federal Public Defender

4
                                    **[] ORDER**
5
         Good cause appearing and by stipulation of the parties, it is hereby ordered that the
6
    sentencing hearing in the above-captioned matter shall be continued from Monday, July 7, 2008
7
    to Monday, July 21, 2008 at 9:00 a.m.
8

9
    Dated: July 16, 2008
10
                                           _____
11                                         RONALD M. WHYTE
                                           United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26