```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  CYNTHIA C. LIE
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant MENDOZA-SORIANO
```

***E-FILED - 7/16/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00503 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER TO CONTINUE SENTENCING |
| vs. | ) | HEARING |
| | ) | |
| ARQUIMEDES MENDOZA-SORIANO, | ) | |
| Defendant. | ) | |

   Defendant Arquimedes Mendoza-Soriano and the government, by and through counsel, hereby stipulate and agree that the sentencing hearing in the above-captioned matter may be continued from Monday, July 21, 2008 to Monday, August 18, 2008 at 9:00 a.m., while the San Joaquin Superior Court considers the merits of Mr. Mendoza's petition for writ of habeas corpus as to a conviction relevant to the calculation of his sentencing range in the instant case.  United States Probation Officer Brian Casai has been consulted as to this request and has no objection.

Dated: July 16, 2008

                                  s/_____
                                  JEFFREY B. SCHENK
                                  Assistant United States Attorney

Defendant's Motion to Continue Sentencing
CR 07-00503 RMW                              1

1  Dated: July 16, 2008

2                                  s/_____
                                CYNTHIA C. LIE

3                                  Assistant Federal Public Defender

4
                          **[] ORDER**

5
    Good cause appearing and by stipulation of the parties, it is hereby ordered that the

6
sentencing hearing in the above-captioned matter shall be continued from Monday, July 21, 2008

7
to Monday, August 18, 2008 at 9:00 a.m.

8

9
Dated: July 16, 2008

10
                                *Ronald M. Whyte*

11                                  RONALD M. WHYTE
                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defendant's Motion to Continue Sentencing
CR 07-00503 RMW                                 2