***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** August 18, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00503-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ARQUIMEDES MENDOZA-SORIANO
  APPEARANCES:                                              (P) (C)

**PLTF:** AUSA: J. Schenk          **DEFT:** C. Lie
**INTERPRETER:** L. Acre           **PROBATION OFFICER:** B. Casai

**COURT ACTION: JUDGMENT AND SENTENCING**

Hearing Held. The Court sentenced the defendant to the custody of the B.O.P. for a period of 70 months as to Count 1 of the Indictment. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.

       /s/ Jackie Garcia
         **JACKIE GARCIA**
       **Courtroom Deputy**