**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:** September 4, 2007               **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00503-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ARQUIMEDES MENDOZA-SORIANO
          **APPEARANCES:**                                (P) (C)

**PLTF:** AUSA: J. Schenk                **DEFT:** J. Rorty
         **INTERPRETER:**                       A. Klimkova

**COURT ACTION:** **DISPOSITION**

**Hearing Held. The defendant openly plead guilty to Count 1 of the Indictment. No plea agreement was executed. The Court set a sentencing date for 11/13/07 @ 9:00 AM. The defendant shall remain in custody pending sentencing.**

                                         */s/ Jackie Garcia*
                                            **JACKIE GARCIA**
                                          **Courtroom Deputy**