BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MENDOZA-SORIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00503 RMW |
| Plaintiff, ) | NOTICE OF APPEAL |
| vs. ) | |
| ARQUIMEDES MENDOZA-SORIANO, ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that defendant Arquimedes Mendoza-Soriano hereby appeals to the Ninth Circuit Court of Appeals from his sentence imposed in the above-captioned criminal case on August 18, 2008.

Dated: August 21, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

CYNTHIA C. LIE
Assistant Federal Public Defender

Notice of Appeal                               1

# CERTIFICATE OF SERVICE

I declare that:

I am employed in the County of Santa Clara, State of California.

I am over the age of eighteen years, and not a party to the within entitled cause.

My business address is 160 W. Santa Clara Street, Suite 575, San Jose, California.

On August 21, 2008, I served the attached

**NOTICE OF APPEAL**

in said cause, by placing a copy into the mailbox for U.S. Attorney's Office addressed to:

**Jeffrey Schenk**
**Assistant U.S. Attorney**
**150 Almaden Blvd., Suite 900**
**San Jose, CA 95113**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of August, 2008, at San Jose, California.

SUSIE F. BARRERA
Legal Secretary of the Federal Public Defender

- 1 -