**RECEIVED**
2008 AUG 28 PM 3:00
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**FILED**
AUG 27, 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**08-10371**

**CASE INFORMATION:**
Short Case Title: USA-v-Arquimedes Mendoza-Soriano
Court of Appeals No. _____
U.S. District Court, Division & Judge Name: NDCA, San Jose Division, Judge Ronald M. Whyte
Criminal and/or Civil Case No.: CR-07-00503-RMW
Date Complaint/Indictment/Petition Filed: 8/2/07
Date Appealed order/judgment *entered* 8/22/08
Date NOA 8/21/08
Date(s) of Indictment 8/2/07 Change of Plea Hearing 9/4/07 Sentencing 8/18/08

COA Status (check one):
☐ granted in full (attach order)    ☐ denied in full (send record)
☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: Lee-Anne Shortridge 408.287.4580

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:   FEE Waived          Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending?  ☐ yes  ☐ no                  Was FP limited ☐? Revoked ☐?
US Government Appeal?  ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)

| Appellant Counsel: | Appellee Counsel: |
|---|---|
| **Cynthia Lie** | **Jeffrey Benjamin Schenk** |
| Assistant Federal Public Defender | US Atty's Office, NDCA, San Jose Branch |
| 160 West Santa Clara Street, Suite 575 | 150 Almaden Blvd., Suite 900 |
| San Jose, CA 95113 | San Jose, CA 95113 |
| 408.291.7753 | 408.535.2695 |

☐ retained  ☐ CJA  ☒ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:  See Above
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                           9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Cita Escolano
408.535.5391  August, 2008